**No. 10-1364. Darren Michael Henry, Petitioner v. United States.**

563 U.S. 1034, 131 S. Ct. 2977, 180 L. Ed. 2d 249, 2011 U.S. LEXIS 4250.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 403 Fed. Appx. 137.

**No. 10-7312. Winston Webster, Petitioner v. Lynn Cooper, Warden.**

563 U.S. 1034, 131 S. Ct. 2958, 180 L. Ed. 2d 249, 2011 U.S. LEXIS 4202.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-7499. Kenton W. Tylman, Petitioner v. United States.**

563 U.S. 1034, 131 S. Ct. 2958, 180 L. Ed. 2d 249, 2011 U.S. LEXIS 4318.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 618 F.3d 619.

**No. 10-7715. Eliud Rios Escobar, Petitioner v. United States.**

563 U.S. 1034, 131 S. Ct. 2958, 180 L. Ed. 2d 249, 2011 U.S. LEXIS 4342.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 383 Fed. Appx. 858.

**No. 10-8221. Anthony Pitchford, Petitioner v. Illinois.**

563 U.S. 1034, 131 S. Ct. 2959, 180 L. Ed. 2d 249, 2011 U.S. LEXIS 4306.

June 6, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 401 Ill. App. 3d 826, 341 Ill. Dec. 1, 929 N.E.2d 655.

**No. 10-8240. Roderick T. Allen, Petitioner v. Illinois.**

563 U.S. 1034, 131 S. Ct. 2959, 180 L. Ed. 2d 249, 2011 U.S. LEXIS 4218.

June 6, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 401 Ill. App. 3d 840, 340 Ill. Dec. 932, 929 N.E.2d 583.

**No. 10-8294. Marcus Christopher Cato, Petitioner v. Gary Swarthout, Warden.**

563 U.S. 1035, 131 S. Ct. 2959, 180 L. Ed. 2d 249, 2011 U.S. LEXIS 4276,

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.